# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BRADFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:25-cv-00004-JLT-SAB<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S ANSWER<br><br>(ECF No. 8) |

Before the Court is the parties' stipulation for an extension of time in which Defendant may file an answer to Plaintiff's complaint, which asks the Court to review a final decision of the Commissioner of Social Security denying Plaintiff social security benefits. For good cause shown, the Court approves the stipulation and orders that Defendant shall have through April 17, 2025, to file an answer or otherwise respond to the complaint. The scheduling order (ECF No. 3) otherwise remains controlling.

IT IS SO ORDERED.

Dated:  **February 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge