**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA BRADFORD,<br><br>                    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>                    Defendant. | Case No. 1:25-cv-00004 JLT SAB<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS AND REVERSING<br>AND REMANDING FINAL DECISION OF<br>THE COMMISSIONER OF SOCIAL<br>SECURITY<br><br>(Docs. 11, 13, 14) |

Lisa Bradford commenced this social security review on January 2, 2025.  (Doc. 1.) Pursuant to Local Rule 302(c)(15), the assigned magistrate judge issued findings and recommendations recommending reversing and remanding the final decision from the Commissioner of Social Security.  (Doc. 14.)  The Court informed the parties that they had fourteen days within which to object to the findings and recommendations.  (*Id.*)  Neither party filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  The findings and recommendations are supported by the record and by proper analysis.  Accordingly, the Court ORDERS:

1.    The findings and recommendations (Doc. 14) filed January 6, 2026, is **ADOPTED** in full.

1

2.    The final decision of the Commissioner of Social Security is **REVERSED** and **REMANDED** for further proceedings.

3.    The Court **DIRECTS** the Clerk of the Court to enter judgement in favor of Plaintiff Lisa Bradford and against Defendant Commissioner of Social Security. The Court **FURTHER DIRECTS** the Clerk of the Court to **CLOSE** this action.

IT IS SO ORDERED.

Dated:    **February 28, 2026**

UNITED STATES DISTRICT JUDGE

2