Justin Prato, SBN 246998
PRATO & REICHMAN, APC
3675 Ruffin Road, Suite 220
San Diego, CA 92123
Telephone: 619-886-0252
Email: justinp@prato-reichman.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

LISA BRADFORD

        Plaintiff,

  vs.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:25-cv-00004-JLT-SAB

**STIPULATION AND ~~PROPOSED~~ ORDER FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court that Plaintiff be awarded attorney fees in the amount of EIGHT THOUSAND AND FORTY-EIGHT DOLLARS AND ZERO CENTS ($8048.00) UNDER THE EQUAL Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). The Parties also jointly move the Court that Plaintiff be awarded costs in the amount of FOUR HUNDRED AND TWO DOLLARS AND ZERO CENTS ($405.00),pursuant to 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered by Plaintiff's counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's

- 1 -

Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset. Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Prato & Reichman, APC pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel's law firm.

This joint motion constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel, including Justin Prato/and or Prato & Reichman, APC, may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel and/or Justin Prato to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATED: March 20, 2026                    **PRATO & REICHMAN, APC**


                                         /s/ *Justin Prato*
                                         Justin Prato, Esq.
                                         Attorney for Plaintiff


DATED: March 20, 2026                    **MARCELO ILLARMO**
                                         **SOCIAL SECURITY ADMIN.**


                                         /s/ *Marcelo Illarmo**
                                         Marcelo Illarmo
                                         Attorney
                                         Social Security Administration
                                         Office of Program Litigation - 7
                                         Attorneys for Defendant
                                         * (as authorized by e-mail on 3/20/26)

- 2 -

Stipulation for Attorney's Fees Award

ORDER

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $8,048.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $405.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:    **March 24, 2026**

UNITED STATES DISTRICT JUDGE

Stipulation for Attorney's Fees Award